**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

MINNESOTA GLAZIERS & Allied
TRADES RETIREMENT PLAN,

Plaintiff,

vs.

CV 01-620 RHK/SRN

**ORDER OF DISMISSAL**

GLASS WORKS OF PRINCETON INC.,

Defendant.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed for lack of prosecution.

Dated: November 16 ~~13~~, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK